Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Terrence**<br>First name<br>**Peter**<br>Middle name<br>**Martin**<br>Last name | **Jinja**<br>First name<br>**Delight**<br>Middle name<br>**Martin**<br>Last name |
| | Bring your picture identification to your meeting with the trustee. | _____<br>Suffix (Sr., Jr, II, III) | _____<br>Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years** | _____<br>First name | **Jinja**<br>First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | _____<br>Middle name | **Delight**<br>Middle name |
| | | _____<br>Last name | **Cotten**<br>Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - _7_ _5_ _8_ _5_<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - _0_ _6_ _2_ _8_<br>OR<br>9xx - xx - ___ ___ ___ ___ |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | __ __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ __ - __ __ __ __ __ __ __ <br> EIN | __ __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ __ - __ __ __ __ __ __ __ <br> EIN |

---

**5.** **Where you live**

| **About Debtor 1:** | **If Debtor 2 lives at a different address:** |
|---|---|
| **4576 Belfort Place** <br> Number        Street | _____ <br> Number        Street |
| _____ | _____ |
| **Dallas, TX 75205** <br> City                          State     ZIP Code | _____ <br> City                          State     ZIP Code |
| **Dallas** <br> County | _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| _____ <br> Number        Street | _____ <br> Number        Street |
| _____ <br> P.O. Box | _____ <br> P.O. Box |
| _____ <br> City                          State     ZIP Code | _____ <br> City                          State     ZIP Code |

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☑ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> **This forum is both convenient and cost-effective** <br><br> **for the Debtors.** | ☑ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> **This forum is both convenient and cost-effective** <br><br> **for the Debtors.** |

---

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|----------|--------------|-----------|------------|--|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|--|------------------------|------------------|---------------------------|
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| | Debtor _____ | Relationship to you _____ |
|--|----------------------|-----------------------------------|
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?

   - ☐ No. Go to line 12.
   - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                         State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?

_____
_____
_____

If immediate attention is needed, why is it needed?

_____
_____
_____

Where is the property?

_____
Number        Street
_____

_____   _____   _____
City                          State     ZIP Code

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file.
You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file.
You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Terrence Peter Martin** _____

Terrence Peter Martin, Debtor 1

Executed on **12/21/2023** _____
                 MM/  DD/  YYYY

X **/s/ Jinja Delight Martin** _____

Jinja Delight Martin, Debtor 2

Executed on **12/21/2023** _____
                 MM/  DD/  YYYY

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Michael S. Mitchell**
Signature of Attorney for Debtor

Date **12/21/2023**
MM / DD / YYYY

**Michael S. Mitchell**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number      Street

**Plano**
City

**TX**
State

**75074**
ZIP Code

Contact phone **(972) 578-1400**          Email address **mike@demarcomitchell.com**

**00788065**
Bar number

**TX**
State

---

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **Homestead**
   Street address, if available, or other description

   **4576 Belfort Place**

   **Dallas, TX 75205**
   City            State        ZIP Code

   **Dallas**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:
   **Lot 41, Block 107 of Highland Park West, 8th Inst., an addition to the City of Dallas, Dallas County, Texas**

   **Source of Value:**  **DCAD 2023 certified value**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $1,143,030.00 | $1,143,030.00 |

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Fee Simple**

   ☑ **Check if this is community property**
   (see instructions)

   If you own or have more than one, list here:

Debtor  **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)* _____

---

| 1.2 | **Vacation Club** |
|---|---|
| | Street address, if available, or other description |
| | **Various Hard Rock Hotel & Resort Locations** |
| | |
| | City          State          ZIP Code |
| | |
| | County |

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☑ Other  **Legendary Vacation Club Timeshare**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $64,500.00 | $64,500.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- ☑ **Check if this is community property** (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................................................ ➡ | **$1,207,530.00** |

---

| **Part 2:** | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1 | Make: | **Chevrolet** |
|---|---|---|
| | Model: | **Camaro** |
| | Year: | **2012** |
| | Approximate mileage: | **61713** |
| | Other information: | |

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,618.00 | $15,618.00 |

If you own or have more than one, describe here:

| 3.2 | Make: | **Ford** |
|---|---|---|
| | Model: | **Escape** |
| | Year: | **2016** |
| | Approximate mileage: | **74764** |
| | Other information: | |

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,131.00 | $8,131.00 |

---

Debtor  **Martin, Terrence Peter; Martin, Jinja Delight**          Case number *(if known)* _____

---

3.3    Make:    __Honda__

     Model:    __Accord__

     Year:    __2016__

     Approximate mileage:    __74764__

     Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    $15,729.00

**Current value of the portion you own?**    $15,729.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

4.1    Make:    _____

     Model:    _____

     Year:    _____

     Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    _____

**Current value of the portion you own?**    _____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................................  ➡    $39,478.00

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........    See Attached.      $11,630.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe. .........

---

Debtor **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)*

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | Antiques-@200.<br>100 comics-$300.<br>Records-$100.<br>CD's-$50.<br>DVD's-$600.<br>Tapes-$50. | **$1,300.00** |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | Camcorder-$25.<br>Digital camera-$100.<br>2 golf clubs-$100. | **$225.00** |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | Clothing | **$600.00** |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | 2 wedding rings-$8,000.<br>1 bracelet-$2,000.<br>5 necklaces-$3,000.<br>5 rings-$3,000.<br>3 sets of earrings-$2,000.<br>Costume jewelry-$100.<br>Sunglasses-$180.<br>5 watches-$5,000. | **$23,280.00** |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | Debtors have 1 rescue dog as a family pet. | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

Debtor  __Martin, Terrence Peter; Martin, Jinja Delight__                    Case number *(if known)* _____

---

| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................................... ➔ | $37,035.00 |
|---|---|---|

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ....................................................................................................................................  Cash: ...................    _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                                        Institution name:

| 17.1. Checking account: | **Chase Bank -Account has been frozen by Eminent Funding, LLC (84.59)** **(account # ending in 6432)** | ($84.59) |
| 17.2. Checking account: | **Chase Bank-Account has been frozen by Eminent Funding, LLC-$-(30,050.63)** **(account # ending in 7486)** | ($30,050.63) |
| 17.3. Checking account: | **PNC Bank** **(ending in 1627)** | $0.00 |
| 17.4. Checking account: | **Wells Fargo Bank** **(account # ending in 4656)** | $19.16 |
| 17.5. Savings account: | **Chase Bank-Account has been frozen by Eminent Funding, LLC(-$3,074.35)** **(account # ending in 1249)** | ($3,074.35) |
| 17.6. Other financial account: | **Chase Bank** **(ending in 1032)** | $0.00 |
| 17.7. Other financial account: | **Chase** **(ending in 2238)** | $74.05 |
| 17.8. Other financial account: | **Fidelity** **(ending in 76391)** | $1.51 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................    Institution or issuer name:

_____    _____

_____    _____

_____    _____

Debtor **Martin, Terrence Peter; Martin, Jinja Delight**  Case number *(if known)*

---

| 19. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture** |
| | ☐ No |
| | ☑ Yes. Give specific information about them.................... Name of entity: |
| | % of ownership: |

Official Form 106A/B                    **Schedule A/B: Property**                    page **6**

Debtor **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)* _____

| | | |
|---|---|---|
| 100% interest in Dalfit Alpha, LLC, a Texas limited liability company created 5/13/2019 for the purpose of operating a franchised group fitness studio. Entity ceased operations in July, 2023. Assets: None - all equipment and inventory was seized and sold by the entity's landlord pre-petition. Bank account, with an overdrawn balance of -$1,995.57, was closed in November, 2023 by JPMorgan Chase. Liabilities: Ascentium Capital ($10,962.00), Eminent Funding ($21,982.52), Gaedeke Holdings II, Ltd ($407,992.00), ADP ($1,992.67), American Express ($15,592.26), BMI ($783.65), Can Can Capital ($26,707.92), Credence ($280.02), JPMorgan Chase ($1,995.57), Midwest Regional Bank ($250,000.00), Vader Capital ($4,440.21). Midwest Regional Bank holds a properly perfected UCC1 financing statement giving it a blanket lien on all assets of the entity. As the entity's debts greatly exceed the value of its assets the Debtors' ownership interest is believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |
| 100% interest in Dalfit Beta LLC, a Texas limited liability company created 5/13/2019 for the purposeof operating a franchised group fitness studio. Entity ceased operations in May, 2023. Assets: None - all equipment and inventory was seized and sold by the entity's landlord pre-petition. Bank account, with an overdrawn balance of -$1,001.33, was closed in November, 2023 by JPMorgan Chase. Liabilities: Ascentium Capital ($10,962.00), BAHA Investment, LLC ($1,012.022.13), Eminent Funding ($21,982.52), ADP ($1,992.67), BMI ($783.65), Greg & Tina Said ($100,000.00), Intuit Financing ($5,918.73), The Hartford ($22.85). As the entity's debts greatly exceed the value of its assets the Debtors' ownership interest is believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |
| 100% interest in Dalfit Gamma LLC, a Texas limited liability company created 5/13/2019. The entity was created to be a management company for the Dalfit Alpha and Dalfit Beta entities. The entity never conducted business of any kind, has no tangible or intangible assets, and the Debtors' ownership interest is therefore believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |
| 100% interest in Dalfit Holdings Corporation, a Texas corporation created 3/19/2019 for the purpose of acting as a management company for the Dalfit Alfa, LLC and Dalfit Beta, LLC. Assets: brokerage account with Fidelity-$72.12 Debts: $620.00 owed to Benetrends. As the entity's debts exceed its assets the Debtors' ownership interest is believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |
| 100% interest in JDM Holdings, LLC, a Texas limited liability company created 2/20/2019 for the purpose of doing consulting work. However, the entity never operated or generated revenue of any kind. Assets: None. Liabilities: Chase credit card with balance of $1,884.06. As the entity's debts greatly exceed the value of its assets the Debtors' ownership interest is believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |
| 100% interest in SDTuscany, LLC, a Texas limited liability company created 5/14/2019 to hold real estate, specifically a condominium located at 4860 Rolando Court #19, San Diego, CA 92115. In 2020 the condominium was pledged as collateral for Dalfit Alpha, LLC's SBA loan with MidWest Regional Bank. In May, 2023 the condominium was sold with the cooperation of Midwest Regional Bank and the net sale proceeds of $197,892.48 were applied to pay down Dalfit Alpha, LLC's SBA loan. The entity has no remaining tangible or intangible assets of any kind and the Debtors' ownership interest is therefore believed to be of no value to their bankruptcy estate. | 100.00% | $0.00 |

Debtor   **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)* _____

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
  information about
  them.................... Issuer name:

  _____   _____

  _____   _____

  _____   _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each        Type of account:     Institution name:
  account separately.

  401(k) or similar plan:  **Wells Fargo 401k account**           **$1,653.86**

  IRA:               **Fidelity IRA Account**              **$36,609.93**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
        others

☑ No

☐ Yes ......................        Institution name or individual:

        Electric:      _____   _____

        Gas:         _____   _____

        Heating oil:    _____   _____

        Security deposit on rental unit:  _____   _____

        Prepaid rent:   _____   _____

        Telephone:     _____   _____

        Water:        _____   _____

        Rented furniture: _____   _____

        Other:        _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................   Issuer name and description:

        _____   _____

        _____   _____

        _____   _____

---

Debtor  **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)* _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____     _____

    _____     _____

    _____     _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific information about them. ...

    > Joint Debtor is a beneficiary under the Arthur James and Mary Cotten Testamentary Trust and receives royalties on a monthly basis. The Trust contains specific spendthrift provisions limiting the rights of its beneficiaries and creditors of those beneficiaries. The Debtor's beneficial interest is therefore believed to be of no value to the Debtors' bankruptcy estate.

                                                                                              $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

    _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific information about them. ...

    > Debtors own the rights to five Spenga fitness franchises (specifically rights to operate in Plano, TX, Addison, TX, University Park, TX, Murphy, TX, and Allen, TX). A fee of $49,900.00 was paid to purchase the rights to each of the 5 locations. Debtors have tried to sell but have received no offers to date.

                                                                                              unknown

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    > 2023 | Estimated 2023 tax refund

    Federal:                          $500.00

    State:                            _____

    Local:                            _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Debtor __Martin, Terrence Peter; Martin, Jinja Delight__     Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........     _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Two term life insurance policies with State Farm (no cash/surrender values)** | **Terrance Martin and Jinja Martin** | $0.00 |
| **Whole life insurance policy with Farmers Insurance (current cash/surrender value of $1,000.00)** | Jinja Martin | $1,000.00 |
| **Whole life insurance policy with Metlife (current cash/surrender value of $2,901.40)** | Terrance Martin | $2,901.40 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........     _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............     _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............     _____

Debtor **Martin, Terrence Peter; Martin, Jinja Delight**                    Case number *(if known)* _____

---

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........ [                              ]     _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached** ➜ | **$9,550.34** |
    **for Part 4. Write that number here** ..........................................................................................................

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... [                              ]     _____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... [                              ]     _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... [                              ]     _____

41. **Inventory**

☑ No

☐ Yes. Describe. ......... [                              ]     _____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                              % of ownership:

_____        _____        _____

_____        _____        _____

_____        _____        _____

---

Debtor  **Martin, Terrence Peter; Martin, Jinja Delight**                              Case number *(if known)* _____

---

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ........................................................................➔  | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

Debtor  __Martin, Terrence Peter; Martin, Jinja Delight__                    Case number *(if known)* _____

---

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. .............

52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ...................................................................................................  ➜   | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. .............

54.  Add the dollar value of all of your entries from Part 7. Write that number here ......................................  ➜   | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ...............................................................................................  ➜   | $1,207,530.00 |

56.  **Part 2: Total vehicles, line 5**                      $39,478.00

57.  **Part 3: Total personal and household items, line 15**          $37,035.00

58.  **Part 4: Total financial assets, line 36**                  $9,550.34

59.  **Part 5: Total business-related property, line 45**             $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61.  **Part 7: Total other property not listed, line 54**      +          $0.00

62.  **Total personal property.** Add lines 56 through 61. ...............  | $86,063.34 |   Copy personal property total  ➜  + | $86,063.34 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................................  | $1,293,593.34 |

Debtor **Martin, Terrence Peter; Martin, Jinja Delight**    Case number *(if known)* _____

## Continuation Page

| | | |
|---|---|---:|
| **6.** | **Household goods and furnishings** | |
| | **Bedroom #1-** | |
| | **Bed-$200.** | |
| | **Bureau-$200.** | |
| | **Dresser-$150.** | |
| | **2 nightstands-$100.** | |
| | **Chest-$20.** | |
| | **Desk-$20.** | **$690.00** |
| | **Bedroom #2-** | |
| | **Bed-$50.** | |
| | **Bureau-$10.** | |
| | **Dresser-$100.** | |
| | **2 nightstands-$30.** | |
| | **Bench-$10.** | |
| | **Chest-$10.** | |
| | **Lamp-$35.** | **$245.00** |
| | **Bedroom #3-** | |
| | **Armoire** | **$75.00** |
| | **Books-$100.** | |
| | **Paintings-$400.** | |
| | **Prints-$400.** | |
| | **Framed photos-$100.** | |
| | **Figurines-$100.** | |
| | **Statues-$100.** | |
| | **Knickknacks-$300.** | |
| | **Candle holders-$30.** | |
| | **Vases-$100.** | **$1,630.00** |
| | **Dining room-** | |
| | **Table-$250.** | |
| | **Chairs-$200.** | |
| | **Server-$200.** | |
| | **China closet-$1,000.** | |
| | **China-$200.** | |
| | **Silver-$1,000.** | **$2,850.00** |
| | **Game room/family room-** | |
| | **Table-$10.** | |
| | **Free weights-$450.** | |
| | **Treadmill-$50.** | |
| | **2 drums-$700.** | **$1,210.00** |
| | **Garage/Attic-** | |
| | **Hand tools-$50.** | |
| | **Yard tools-$50.** | |
| | **Power tools-$125.** | |
| | **Edger-$5.** | |
| | **Ladder-$100.** | |
| | **Luggage-$100.** | |
| | **Holiday decorations-$25.** | |
| | **Miscellaneous decorations-$25.** | |
| | **Patio furniture-$400.** | **$880.00** |

Debtor  **Martin, Terrence Peter; Martin, Jinja Delight**                                        Case number *(if known)*

**Continuation Page**

**Kitchen-**
**Table-$150.**
**Chairs-$75.**
**Stove-$100.**
**Refrigerator-$100.**
**Freezer-$100.**
**Dishwasher-$400.**
**Small appliances-$100.**
**Flatware-$10.**
**Dishes-$20.**
**Pots & pans-$150.**
**Glasses-$10.**                                                                                                     **$1,215.00**

**Living room-**
**Sofa-$200.**
**3 chairs-$300.**
**Coffee table-$300.**
**4 end tables-$300.**
**2 lamps-$50.**
**Rug-$100.**
**Game table-$100.**
**Tea cart-$100.**
**Cabinet-$50.**                                                                                                     **$1,500.00**

**Miscellaneous items-**
**Washer-$50.**
**Dryer-$20.**
**Linens-$30.**
**Dry goods-$400.**
**Window treatments-$500.**
**File cabinet-$10.**
**2 bookcases-$50.**
**Sewing machine-$50.**
**Miscellaneous household goods in storage-$25.**                                                  **$1,335.00**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Homestead<br>4576 Belfort Place Dallas, TX 75205<br><br>Line from *Schedule A/B*: ___1.1___ | $1,143,030.00 | ☑ $1,013,576.26<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>2012 Chevrolet Camaro<br><br>Line from *Schedule A/B*: ___3.1___ | $15,618.00 | ☑ $15,618.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2016 Honda Accord<br><br>Line from *Schedule A/B:* 3.3 | $15,729.00 | ☑ $13,845.07<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>Living room- Sofa-$200. 3 chairs-$300. Coffee table-$300. 4 end tables-$300. 2 lamps-$50. Rug-$100. Game table-$100. Tea cart-$100. Cabinet-$50.<br><br>Line from *Schedule A/B:* 6 | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Dining room- Table-$250. Chairs-$200. Server-$200. China closet-$1,000. China-$200. Silver-$1,000.<br><br>Line from *Schedule A/B:* 6 | $2,850.00 | ☑ $2,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Kitchen- Table-$150. Chairs-$75. Stove-$100. Refrigerator-$100. Freezer-$100. Dishwasher-$400. Small appliances-$100. Flatware-$10. Dishes-$20. Pots & pans-$150. Glasses-$10.<br><br>Line from *Schedule A/B:* 6 | $1,215.00 | ☑ $1,215.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Miscellaneous items- Washer-$50. Dryer-$20. Linens-$30. Dry goods-$400. Window treatments-$500. File cabinet-$10. 2 bookcases-$50. Sewing machine-$50. Miscellaneous household goods in storage-$25.<br><br>Line from *Schedule A/B:* 6 | $1,335.00 | ☑ $1,335.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Bedroom #1- Bed-$200. Bureau-$200. Dresser-$150. 2 nightstands-$100. Chest-$20. Desk-$20.<br><br>Line from *Schedule A/B:* 6 | $690.00 | ☑ $690.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Bedroom #2- Bed-$50. Bureau-$10. Dresser-$100. 2 nightstands-$30. Bench-$10. Chest-$10. Lamp-$35.<br><br>Line from *Schedule A/B:*  6 | $245.00 | ☑ $245.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Bedroom #3- Armoire<br><br>Line from *Schedule A/B:*  6 | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Game room/family room- Table-$10. Free weights-$450. Treadmill-$50. 2 drums-$700.<br><br>Line from *Schedule A/B:*  6 | $1,210.00 | ☑ $1,210.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Garage/Attic- Hand tools-$50. Yard tools-$50. Power tools-$125. Edger-$5. Ladder-$100. Luggage-$100. Holiday decorations-$25. Miscellaneous decorations-$25. Patio furniture-$400.<br><br>Line from *Schedule A/B:*  6 | $880.00 | ☑ $880.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Books-$100. Paintings-$400. Prints-$400. Framed photos-$100. Figurines-$100. Statues-$100. Knickknacks-$300. Candle holders-$30. Vases-$100.<br><br>Line from *Schedule A/B:*  6 | $1,630.00 | ☑ $1,630.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Antiques-@200. 100 comics-$300. Records-$100. CD's-$50. DVD's-$600. Tapes-$50.<br><br>Line from *Schedule A/B:*  8 | $1,300.00 | ☑ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page 3 of 5

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Camcorder-$25. Digital camera-$100. 2 golf clubs-$100. Line from *Schedule A/B:* 9 | $225.00 | ☑ $225.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description: Clothing Line from *Schedule A/B:* 11 | $600.00 | ☑ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: 2 wedding rings-$8,000. 1 bracelet-$2,000. 5 necklaces-$3,000. 5 rings-$3,000. 3 sets of earrings-$2,000. Costume jewelry-$100. Sunglasses-$180. 5 watches-$5,000. Line from *Schedule A/B:* 12 | $23,280.00 | ☑ $23,280.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: Debtors have 1 rescue dog as a family pet. Line from *Schedule A/B:* 13 | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description: Fidelity IRA Account Line from *Schedule A/B:* 21 | $36,609.93 | ☑ $36,609.93 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description: Wells Fargo 401k account Line from *Schedule A/B:* 21 | $1,653.86 | ☑ $1,653.86 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description: Joint Debtor is a beneficiary under the Arthur James and Mary Cotten Testamentary Trust and receives royalties on a monthly basis. The Trust contains specific spendthrift provisions limiting the rights of its beneficiaries and creditors of those beneficiaries. The Debtor's beneficial interest is therefore believed to be of no value to the Debtors' bankruptcy estate. Line from *Schedule A/B:* 25 | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 2:** | Additional Page |

| **Brief description of the property and line on Schedule A/B that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: Two term life insurance policies with State Farm (no cash/surrender values) Line from *Schedule A/B:* 31 | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description: Whole life insurance policy with Metlife (current cash/surrender value of $2,901.40) Line from *Schedule A/B:* 31 | $2,901.40 | ☑ $2,901.40 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description: Whole life insurance policy with Farmers Insurance (current cash/surrender value of $1,000.00) Line from *Schedule A/B:* 31 | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ____**Eastern**____ District of ____**Texas**____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1** Capital One Auto

Describe the property that secures the claim: | $15,933.34 | $8,131.00 | $7,802.34

Creditor's Name

PO Box 60511

| 2016 Ford Escape |

Number        Street

**As of the date you file, the claim is:** Check all that apply.

City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

City         State         ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** __2/14/2022__   **Last 4 digits of account number**   _6_ _1_ _8_ _1_

**Remarks:** 48 monthly payments left on auto note.

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $15,933.34 | |

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2** Carmax

Creditor's Name

PO Box 6045
Number      Street

Carol Stream, IL 60197
City      State      ZIP Code

**Describe the property that secures the claim:**     $1,883.93    $15,729.00    $0.00

2016 Honda Accord

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    1/24/2020    Last 4 digits of account number    3  4  3  1

**Remarks:** 7 monthly payments left on note.

**2.3** Chase Home Mortgage

Creditor's Name

700 Kansas Lane LA4-6633
Number      Street

Monroe, LA 71203
City      State      ZIP Code

**Describe the property that secures the claim:**     $129,453.74    $1,143,030.00    $0.00

Homestead
4576 Belfort Place Dallas, TX 75205

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2/18/2003    Last 4 digits of account number    8  5  3  1

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $131,337.67 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page  After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*  **Amount of claim**  Do not deduct the value of collateral. | *Column B*  **Value of collateral that supports this claim** | *Column C*  **Unsecured portion**  If any |
|---|---|---|---|---|

**2.4**

Legendary Vacation Club
Creditor's Name

Blvd. Kulkalcan KM 14.5
Number        Street

Hotel Zone

Cancun, QR, 77500
City          State          ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**      5/20/2018

**Describe the property that secures the claim:**

| Vacation Club |
| Various Hard Rock Hotel & Resort Locations |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Last 4 digits of account number**    1  9  1  7

Column A: $5,006.45
Column B: $64,500.00
Column C: $0.00

**Remarks:** last payment under 72-month contract due 11/16/2024

| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,006.45 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $152,277.46 | |

Fill in this information to identify your case:

| Debtor 1 | Terrence | Peter | Martin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jinja | Delight | Martin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ Texas _____

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____

Priority Creditor's Name

Number       Street

_____

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** ADP

Nonpriority Creditor's Name

c/o Altus Receivable Management

2121 Airline Dr. Ste. 520

Number          Street

Metairie, LA 70001

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** file #04956161

Last 4 digits of account number    4   2   9   1

**When was the debt incurred?**    4/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business Debt

$1,992.67

**4.2** American Express

Nonpriority Creditor's Name

Correspondence/Bankruptcy

PO Box 981535

Number          Street

El Paso, TX 79998-1535

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    1   0   0   5

**When was the debt incurred?**    10/29/2020

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business Debt - credit card

$15,592.26

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    **Total claim**

**4.3**  American Express
Nonpriority Creditor's Name
Correspondence/Bankruptcy
PO Box 981535
Number          Street
El Paso, TX 79998-1535
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7  1  0  0          $17,948.35

**When was the debt incurred?**        9/17/2006

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt - Credit Card

**4.4**  Arvest
Nonpriority Creditor's Name
PO Box 298
Number          Street
Lowell, AR 72745
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9  2  7  6          $557.32

**When was the debt incurred?**        3/1995

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Loan

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page _3_ of _22_

| | | |
|---|---|---|
| Debtor 1 | **Terrence** **Peter** **Martin** | Case number *(if known)* |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | **Jinja** **Delight** **Martin** | |
| | First Name   Middle Name   Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.5**

Ascentium Capital
Nonpriority Creditor's Name

Depat. 3059

PO Box 11407
Number          Street
Birmingham, AL 35246
City             State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** aroma therapy system for Dalfit entity

Last 4 digits of account number    5    9    4    7          $4,382.25

**When was the debt incurred?**          1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.6**

Ascentium Capital
Nonpriority Creditor's Name

Depat. 3059

PO Box 11407
Number          Street
Birmingham, AL 35246
City             State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** aroma therapy system for Dalfit entity

Last 4 digits of account number    9    4    4    7          $5,846.40

**When was the debt incurred?**          12/2/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| Debtor 1 | Terrence | Peter | Martin | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.7** BAHA Investment, LLC

Nonpriority Creditor's Name

c/o Strategic Asset Mgmt. Group, Inc

10620 Treena St. STE. 230

Number          Street

San Diego, CA 92131

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   a  L  L  C

**When was the debt incurred?**   7/22/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of commercial lease

**Total claim**   $1,012,022.13

**Remarks:** Personal guarantee of commercial lease, Dalfit Beta, LLC

---

**4.8** Barclays

Nonpriority Creditor's Name

PO Box 8802

Number          Street

Wilmington, DE 19899-8802

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1  1  0  2

**When was the debt incurred?**   1/17/2009

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Credit Card

**Total claim**   $20,147.34

---

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.9

**Benetrends, Inc**
Nonpriority Creditor's Name
1684 S. Broad St. Ste. 130
Number          Street

Lansdale, PA 19446
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    6   8   5   4          $155.00

**When was the debt incurred?**        7/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

### 4.10

**BMI**
Nonpriority Creditor's Name
10 Music Square East
Number          Street

Nashville, TN 37203
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    4   4   7   2          $783.65

**When was the debt incurred?**        1/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt - music contract

**Remarks:** music contract for Dalfit entities

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

**4.11** Can Capital Asset Servicing, Inc
Nonpriority Creditor's Name

  c/o Kathleen O'Connell

  1850 Parkway Place SE Ste. 1150
Number          Street

  Marietta, GA 30067
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 23108627

Last 4 digits of account number    8   8   6   3     $26,707.92

**When was the debt incurred?**    11/28/2022

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

**4.12** Chase
Nonpriority Creditor's Name

  PO Box 15298
Number          Street

  Wilmington, DE 19850-5298
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1   9   5   6     $23,295.97

**When was the debt incurred?**    11/2007

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt - Credit Card

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- | --- |
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                 **Total claim**

**4.13**

| Chase | | Last 4 digits of account number    3   5   6   1 | $18,526.11 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

PO Box 15298                                              **When was the debt incurred?**        8/2019

Number            Street

**As of the date you file, the claim is:** Check all that apply.

Wilmington, DE 19850-5298
City              State              ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**4.14**

| Chase | | Last 4 digits of account number    3   5   6   0 | $270.00 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

PO Box 15298                                              **When was the debt incurred?**        Various

Number            Street

**As of the date you file, the claim is:** Check all that apply.

Wilmington, DE 19850-5298
City              State              ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt - Credit Card

**4.15**

| Chase | | Last 4 digits of account number    1   9   5   0 | $22,911.75 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

PO Box 15298                                              **When was the debt incurred?**        11/2007

Number            Street

**As of the date you file, the claim is:** Check all that apply.

Wilmington, DE 19850-5298
City              State              ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt - Credit Card

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.16** Chase

Nonpriority Creditor's Name

PO Box 15298

Number            Street

Wilmington, DE 19850-5298

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    2   9   3   0

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt - Credit Card

$24,150.11

---

**4.17** Citibank

Nonpriority Creditor's Name

Customer Service

PO Box 6500

Number            Street

Sioux Falls, SD 57117

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1   8   5   7

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt - Credit Card

$37,600.24

---

**4.18** Citicards/Citibank

Nonpriority Creditor's Name

PO Box 6004

Number            Street

Sioux Falls, SD 57117

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5   0   2   7

**When was the debt incurred?**    8/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card

$1,585.00

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.19** Clinical Pathology Lab.
Nonpriority Creditor's Name

Po Box 141669
Number          Street


Austin, TX 78714-1669
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0  1  7  8          $65.42

**When was the debt incurred?**          7/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

---

**4.20** Comptroller of Public Accounts
Nonpriority Creditor's Name

PO Box 12548
Number          Street


Austin, TX 78711-2548
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0  7  1  4          $641.86

**When was the debt incurred?**          2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.21** Credence
Nonpriority Creditor's Name

1700 Dallas Pkwy. 204
Number          Street


Dallas, TX 75248
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __          $280.02

**When was the debt incurred?**          3/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Services (Collecting for AT & T)

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.22**  Eminent Funding LLC
Nonpriority Creditor's Name
369 Lexington Avenue
Number        Street

New York, NY 10017
City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Commercial loan related to Dalfit entity

Last 4 digits of account number    8   2   2   8

**When was the debt incurred?**        6/27/2023

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt - commercial loan guarantee

**Total claim:** $21,982.52

---

**4.23**  Everest Business Funding
Nonpriority Creditor's Name
102 W. 38th St., 6th FL
Number        Street

New York, NY 10018
City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    9   6   4   2

**When was the debt incurred?**        8/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

**Total claim:** $3,762.89

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Terrence | Peter | Martin | |
| Debtor 2 | Jinja | Delight | Martin | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.24** Gaedeke Holdings, II, LTD
Nonpriority Creditor's Name

c/o McCathern Law

3710 Rawlins Street Ste. 1100
Number        Street

Dallas, TX 75219
City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    a   L   L   C          $407,992.00

**When was the debt incurred?**        1/13/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal guarantee of commercial lease

**Remarks:** Personal guarantee of commercial lease, Dalfit Alpha, LLC

**4.25** Greg & Tina Sain
Nonpriority Creditor's Name

701 Kimbro
Number        Street

Lantanna, TX 76226
City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    h   i   s   e          $100,000.00

**When was the debt incurred?**        1/13/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.26**  Intuit Financing
Nonpriority Creditor's Name
c/o Weltman Weinberg & Reis Co., LPA

5000 Bradenton Ave. Ste. 100
Number          Street
Dublin, OH 43017
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3    5    4    6          $5,918.73

When was the debt incurred?          3/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.27**  JPMorgan Chase
Nonpriority Creditor's Name
Mail code OH1-1272

PO Box 182223
Number          Street
Columbus, OH 43218
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4    1    8    1          $1,995.57

When was the debt incurred?          Various

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.28**  JPMorgan Chase
Nonpriority Creditor's Name
Mail code OH1-1272

PO Box 182223
Number          Street
Columbus, OH 43218
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6    4    5    0          $1,001.33

When was the debt incurred?          Various

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

| | | | |
|---|---|---|---|
| Debtor 1 | Terrence | Peter | Martin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jinja | Delight | Martin |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.29**  Linebarger, Goggan, Blair & Sampson, LLP
Nonpriority Creditor's Name

2777 N Stemmons Fwy Ste 1000
Number        Street

Dallas, TX 75207-2328
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0   0   0   0              $5,341.65

**When was the debt incurred?**        2021, 2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.30**  Macy's
Nonpriority Creditor's Name

PO Box 790003
Number        Street

Saint Louis, MO 63179-0003
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   5   5   0              $820.97

**When was the debt incurred?**        1/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.31**  MidWest Regional Bank
Nonpriority Creditor's Name

363 Festus Centre Drive, PO Box 1269
Number          Street


Festus, MO 63028-7269
City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** SBA loan, Dalfit Alpha, LLC

**Last 4 digits of account number**   3 _ 9 _ 3 _ 7      $250,000.00

**When was the debt incurred?**      10/2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt - SBA Loan

---

**4.32**  Parkland Medical Center
Nonpriority Creditor's Name

Po Box 732325
Number          Street


Dallas, TX 75373-2325
City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___      $2,562.09

**When was the debt incurred?**      7/6/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.33**  PEAC formerly Marlin

Nonpriority Creditor's Name

PO Box 13604

Number          Street

Philadelphia, PA 19101-3604

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Equipment lease for Dalfit entity

**Last 4 digits of account number**   3  4  2  9          $4,048.39

**When was the debt incurred?**   11/10/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt

---

**4.34**  Quest Diagnostics

Nonpriority Creditor's Name

PO Box 9000

Number          Street

South Windsor, CT 06074-9000

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   4  5  6  6          $9.18

**When was the debt incurred?**   7/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

---

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.35** Ring Central

Nonpriority Creditor's Name

14675 Dallas Parkway

Number        Street

Dallas, TX 75254

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___        $1,600.00

**When was the debt incurred?**        2/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.36** The Hartford

Nonpriority Creditor's Name

Lockbox 0234

PO Box 7247

Number        Street

Philadelphia, PA 19170-0234

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   s   v   c        $22.85

**When was the debt incurred?**        9/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.37** T-Mobile

Nonpriority Creditor's Name

PO Box 742596

Number        Street

Cincinnati, OH 45274

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   6   2   9        unknown

**When was the debt incurred?**        8/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

| Debtor 1 | Terrence | Peter | Martin | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    **Total claim**

---

**4.38**  Universal Accounting Services, LLC
Nonpriority Creditor's Name

PO Box 1207
Number          Street

Kansas City, MO 64152
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   O   A   0   1          $1,458.13

**When was the debt incurred?**          12/2/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.39**  Uptown Physicians Group
Nonpriority Creditor's Name

2801 Lemmon Ave. Ste. 400
Number          Street

Dallas, TX 75204-2356
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1   0   8   9          $213.66

**When was the debt incurred?**          7/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

---

**4.40**  Vader Capital
Nonpriority Creditor's Name

PO Box227970
Number          Street

Miami, FL 33222
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1   1   0   6          $4,440.21

**When was the debt incurred?**          2/2023

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt - personal loan

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | Jinja | Delight | Martin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.41**  Wells Fargo

Nonpriority Creditor's Name

PO Box 65119

Number          Street


San Antonio, TX 78265

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    5  7  6  0

**When was the debt incurred?**          8/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

**$1,465.00**

---

**4.42**  White Road Capital, LLC

Nonpriority Creditor's Name

27-01 Queens Plaza N.

Number          Street


Long Island City, NY 11101

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    6  3  9  7

**When was the debt incurred?**          4/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**$5,800.00**

---

**4.43**  Wick Phillips

Nonpriority Creditor's Name

3131 McKinney Avenue Ste. 500

Number          Street


Dallas, TX 75204

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**          2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Legal services

**$4,108.50**

---

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1** Richard E. Clark
Name

2401 Foountain View Drive #306
Number    Street

Houston, TX 77057
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.2 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    1  5  3  1

---

**2** Omega Optical
Name

13515 N. Stemmons Fwy.
Number    Street

Dallas, TX 75234
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.5 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    O  A  0  1

---

**3** David Fogel, PC
Name

c/o David Fogel

1225 Franklin Ave Ste. 201
Number    Street

Garden City, NY 11530
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.22 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**4** Corporation Service Company
Name

Po Box 2576
Number    Street

Springfield, IL 62708-2576
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.22 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9  6  4  2

---

**5** Berkovich & Bouskila PLLC
Name

80 Broad Street Suite 3303
Number    Street

New York, NY 10004
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.23 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**6** Kemp Smith LLP
Name

6001 W. Palmer Lane Ste. 370-134
Number    Street

Austin, TX 78727
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.31 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Debtor 1 | **Terrence** | **Peter** | **Martin** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7**

U.S. Small Business Administration
Name

1545 Hawkins Blv. Ste. 202
Number          Street


El Paso, TX 79925
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.31_ of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**8**

Peac solutions
Name

300 Fellowship Road
Number          Street


Mount Laurel, NJ 08054
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.33_ of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**9**

Recovery Solutions Group, LLC
Name

1008 Mattlind Way
Number          Street


Milford, DE 19963
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.40_ of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**10**

Berkovich and Bouskila
Name

1545 Route 202
Number          Street


Pomona, NY 10970
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.40_ of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Debtor 1 | Terrence | Peter | Martin | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $2,060,005.44 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $2,060,005.44 |

Fill in this information to identify your case:

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases 　　　12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Ascentium Capital <br> Name <br> Depart. 3059 <br> PO Box 11407 <br> Number　　Street <br> Birmingham, AL 35246 <br> City　　　　State　　ZIP Code | Aroma therapy system <br> Contract to be REJECTED |
| 2.2 | Ascentium Capital <br> Name <br> Depart. 3059 <br> PO Box 11407 <br> Number　　Street <br> Birmingham, AL 35246 <br> City　　　　State　　ZIP Code | Aroma Therapy System <br> Contract to be REJECTED |
| 2.3 | BAHA Investment, LLC <br> Name <br> c/o Strategic Asset Mgmt. Group, Inc <br> 10620 Treena St. STE. 230 <br> Number　　Street <br> San Diego, CA 92131 <br> City　　　　State　　ZIP Code | Commercial Lease <br> Contract to be REJECTED |
| 2.4 | Eminent Funding LLC <br> Name <br> 369 Lexington Avenue <br> Number　　Street <br> New York, NY 10017 <br> City　　　　State　　ZIP Code | Receivables contract <br> Contract to be REJECTED |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**■ Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** Extra Space Storage<br>Name<br>4413 NE Loop 820<br>Number      Street<br>North Richland Hills, TX 76180<br>City            State      ZIP Code | Storage lease<br>Contract to be: ASSUMED |
| **2.6** Gaedeke Holdings, II, LTD<br>Name<br>3710 Rawlins Street Ste. 1100<br>Number      Street<br>Dallas, TX 75219<br>City            State      ZIP Code | Commercial Lease<br>Contract to be: REJECTED |
| **2.7** PEAC formerly Marlin<br>Name<br>PO Box 13604<br>Number      Street<br>Philadelphia, PA 19101-3604<br>City            State      ZIP Code | equipment lease<br>Contract to be: REJECTED |
| **2._**<br>Name<br>Number      Street<br>City            State      ZIP Code | |
| **2._**<br>Name<br>Number      Street<br>City            State      ZIP Code | |
| **2._**<br>Name<br>Number      Street<br>City            State      ZIP Code | |
| **2._**<br>Name<br>Number      Street<br>City            State      ZIP Code | |
| **2._**<br>Name<br>Number      Street<br>City            State      ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ Texas _____

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____ Texas _____. Fill in the name and current address of that person.

   Martin, Jinja Delight
   Name of your spouse, former spouse, or legal equivalent
   4576 Belfort Place
   Number          Street
   Dallas, TX 75205
   City          State          ZIP Code

   ☑ Yes. In which community state or territory did you live? _____ Texas _____. Fill in the name and current address of that person.

   Martin, Terrence Peter
   Name of your spouse, former spouse, or legal equivalent
   4576 Belfort Place
   Number          Street
   Dallas, TX 75205
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Dalfit Alpha, LLC | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line |
| 4576 Belfort Pl Ste. 150 | 4.1, 4.2, 4.6, 4.10, 4.11, 4.20, 4.21, 4.22, 4.23, 4.24, 4.27, |
| Number          Street | 4.29, 4.31, 4.35, 4.40, 4.42 |
| Dallas, TX 75205 | ☑ Schedule G, line _2.1, 2.4, 2.6_ |
| City          State          ZIP Code | |

| | | |
|---|---|---|
| Debtor 1 | **Terrence** **Peter** **Martin** | Case number *(if known)* _____ |
| | First Name Middle Name Last Name | |
| Debtor 2 | **Jinja** **Delight** **Martin** | |
| | First Name Middle Name Last Name | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.2** Dalfit Alpha, LLC
Name

3232 Mckinney Ave. Ste. 150
Number                    Street

Dallas, TX 75204
City            State            ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _____
  4.1, 4.2, 4.6, 4.10, 4.11, 4.20, 4.21, 4.22, 4.23, 4.24, 4.27, 4.29, 4.31, 4.35, 4.40, 4.42
- ☐ Schedule G, line _____

**3.3** Dalfit Beta, LLC
Name

4576 Belfort Pl
Number                    Street

Dallas, TX 75205
City            State            ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line _____
  4.1, 4.5, 4.7, 4.10, 4.22, 4.25, 4.26, 4.28, 4.36
- ☑ Schedule G, line __2.2, 2.3, 2.4__

**3.4** Dalfit Gamma. LLC
Name

4576 Belfort Pl
Number                    Street

Dallas, TX 75205
City            State            ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.22__
- ☑ Schedule G, line __2.4__

**3.5** Dalfit Holdings Corporation
Name

4576 Belfort Pl
Number                    Street

Dallas, TX 75205
City            State            ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.9, 4.22__
- ☑ Schedule G, line __2.4__

**3.6** JDM Holdings, LLC
Name

4576 Belfort Pl
Number                    Street

Dallas, TX 75205
City            State            ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.13, 4.22__
- ☐ Schedule G, line _____

Official Form 106H          **Schedule H: Codebtors**          page _2_ of _2_

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                             12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not Employed | ☑ Employed ☐ Not Employed |
| **Occupation** | | Senior Manager |
| **Employer's name** | | Wells Fargo Bank, NA |
| **Employer's address** | | 550 S. 4th St. |
| | Number Street | Number Street |
| | | |
| | City            State    Zip Code | Minneapolis, MN 55415 |
| | | City            State    Zip Code |
| **How long employed there?** | | 3 months |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | $0.00 | $17,916.69 |
| 3. | **Estimate and list monthly overtime pay.** | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $0.00 | $17,916.69 |

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................➔ | 4. | $0.00 | $17,916.69 |

5. **List all payroll deductions:**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** 5a. | $0.00 | $3,946.68 |
| 5b. **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** 5c. | $0.00 | $1,791.68 |
| 5d. **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| 5e. **Insurance** 5e. | $0.00 | $1,523.86 |
| 5f. **Domestic support obligations** 5f. | $0.00 | $0.00 |
| 5g. **Union dues** 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ 5h. **+** | $0.00 **+** | $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $0.00    $7,262.22

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $0.00    $10,654.46

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $0.00    $0.00

8b. **Interest and dividends**    8b.    $0.00    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $0.00    $0.00

8d. **Unemployment compensation**    8d.    $0.00    $0.00

8e. **Social Security**    8e.    $0.00    $0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.    $0.00    $0.00

8g. **Pension or retirement income**    8g.    $0.00    $0.00

8h. **Other monthly income.** Specify: __See additional page__    8h.    **+**    $0.00    **+**    $666.66

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $0.00    $666.66

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse    10.    $0.00    **+**    $11,321.12    **=**    $11,321.12

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+**    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $11,321.12

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| **8h. Other monthly income For Debtor 2 or non-filing spouse** | |
| Income From Arthur James and Mary Cotten Testamentary Trust | $666.66 |
| IRA from her Dad's estate | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No
   ☑ Yes. Fill out this information
      for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Sibling | 65 years (autistic) | ☐ No. ☑ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $3,502.23 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $250.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans  — 5. $0.00

6. **Utilities:**
   6a. Electricity, heat, natural gas  — 6a. $835.00
   6b. Water, sewer, garbage collection  — 6b. $155.00
   6c. Telephone, cell phone, Internet, satellite, and cable services  — 6c. $322.29
   6d. Other. Specify: _____  — 6d. $0.00

7. **Food and housekeeping supplies**  — 7. $1,200.00

8. **Childcare and children's education costs**  — 8. $0.00

9. **Clothing, laundry, and dry cleaning**  — 9. $200.00

10. **Personal care products and services**  — 10. $175.00

11. **Medical and dental expenses**  — 11. $183.33

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.  — 12. $725.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  — 13. $100.00

14. **Charitable contributions and religious donations**  — 14. $0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance  — 15a. $500.00
    15b. Health insurance  — 15b. $0.00
    15c. Vehicle insurance  — 15c. $372.00
    15d. Other insurance. Specify: _____  — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  — 16. $0.00

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1 _____ 2016 Ford Escape  — 17a. $330.00
    17b. Car payments for Vehicle 2 _____ 2016 Honda Accord  — 17b. $265.08
    17c. Other. Specify: _____ Storage rental  — 17c. $77.00
    17d. Other. Specify: _____ Vacation club  — 17d. $417.18

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).  — 18. $0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____  — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a. Mortgages on other property  — 20a. $0.00
    20b. Real estate taxes  — 20b. $0.00
    20c. Property, homeowner's, or renter's insurance  — 20c. $0.00
    20d. Maintenance, repair, and upkeep expenses  — 20d. $0.00
    20e. Homeowner's association or condominium dues  — 20e. $0.00

| Debtor 1 | **Terrence** | **Peter** | **Martin** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* |

---

**21. Other.** Specify: _____ **See Additional Page** _____    21.  **+** _____ $451.00

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a. _____ $10,060.11

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c. _____ $10,060.11

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a. _____ $11,321.12

23b. Copy your monthly expenses from line 22c above.    23b.  **–** _____ $10,060.11

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c. _____ $1,261.01

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    None

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

|  | Amount |
|---|---|
| **12. Transportation: gas, maintenance, bus or train fare** | |
| Gasoline | $350.00 |
| Maintenance/repairs | $300.00 |
| Registration | $25.00 |
| Tolls | $50.00 |
| **21. Other** | |
| Pet food/care | $135.00 |
| Bank fees | $50.00 |
| Work lunches | $120.00 |
| Annual fees for vacation club | $146.00 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................ | $1,207,530.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................. | $86,063.34 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................................................... | $1,293,593.34 |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $152,277.46 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $2,060,005.44 |
| **Your total liabilities** | $2,212,282.90 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $11,321.12 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $10,060.11 |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

---

7. **What kind of debt do you have?**

   ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **Eastern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Terrence Peter Martin                          X /s/ Jinja Delight Martin
Terrence Peter Martin, Debtor 1                    Jinja Delight Martin, Debtor 2

Date 12/21/2023                                       Date 12/21/2023
    MM/  DD/  YYYY                                       MM/  DD/  YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | **Debtor 1** Sources of income Check all that apply. | **Gross Income** (before deductions and exclusions) | **Debtor 2** Sources of income Check all that apply. | **Gross Income** (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $83,200.00 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $41,346.20 |
| **For last calendar year:** (January 1 to December 31, __2022__ ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $103,600.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, __2021__ ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $74,603.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | **Debtor 1** Sources of income Describe below. | **Gross income from each source** (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | **Gross Income from each source** (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | | Trust Income | $2,303.82 |
| | | | IRA from Dad's Estate | $15,000.00 |
| | | | | |
| **For last calendar year:** (January 1 to December 31, __2022__ ) YYYY | Interest Income | $19.00 | Rental Income | $9,706.00 |
| | Dividend Income | $2,496.00 | IRA | $550,583.00 |
| | Capital Gain | $18,401.00 | Pension/Annuity | $11,247.00 |
| **For the calendar year before that:** (January 1 to December 31, __2021__ ) YYYY | Interest Income | $494.00 | Pension/Annuity | $100,797.00 |
| | Dividends | $2,822.00 | IRA | $100,030.00 |
| | Capital Gain | $2,071.00 | | |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ | |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State      ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Gaedeke Holdings, II. LTD vs. Dalfit Alpha, LLC d/b/a "Spenga" and Jinja Martin | Civil action regarding unpaid debt | 193rd District Court, Dallas County, Texas<br>Court Name<br>George L. Allen, Sr. Courts Building<br>600 Commerce Street 8th Floor, New Tower<br>Number    Street<br>Dallas, TX 75202<br>City          State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | DC-23-09626 | | | |
| Case title | Eminent Funding LLC vs Dalfit Alpha LLC, Dalfit Beta LLC, JDM Holdings, LLC, Dalfit Gamma, LLC, Dalfit Holdings Corporation, and Jinja Delight Martin | Civil action regarding unpaid debt | Supreme Court of the State of New York County of Kings<br>Court Name<br>360 Adams Street #4<br>Number    Street<br>Brooklyn, NY 11201<br>City          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 525054/2023 | | | |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Can Capital Asset Servicing, Inc., as assignee of WebBank v. Dalfit Alpha LLC, a Texas limited liability company and Jinja D Martin, Indivudually | Civil action regarding unpaid debt | In the Superior Court of Cobb County State of Georgia<br>Court Name<br>70 Haynes Street<br>Number      Street<br>Marietta, GA 30090<br>City               State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 2023-0152479-CV | | | |
| Case title | American Express National Bank v Jinja Martin, aka Jinja D Martin, Dalfit Alpha LLC | Civil action regarding unpaid debt | Justice Court Precinct 3, Place 1, Dallas County, TX<br>Court Name<br>6820 LBJ Freeway Suite 3100<br>Number      Street<br>Dallas, TX 75230<br>City               State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | JPC-23-06915-31 | | | |

---

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Eminent Funding LLC<br>Creditor's Name<br><br>369 Lexington Avenue<br>Number      Street<br><br>_____<br><br>New York, NY 10017<br>City               State      ZIP Code | Funds on deposit in three separate accounts held at Chase Bank | 11/21/2023 | ($33,210.00) |

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☑ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number      Street<br><br>_____<br>City               State      ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ <br> Person to Whom You Gave the Gift <br><br> _____ <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State    ZIP Code <br> Person's relationship to you _____ | | _____  _____ | _____  _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ <br> Charity's Name <br><br> _____ <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State    ZIP Code | | _____  _____ | _____  _____ |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DeMarco Mitchell, PLLC<br>Person Who Was Paid | Attorney's Fee | 12/15/2023 | $3,000.00 |
| 500 N. Central Expressway Suite 500<br>Number     Street | | | |
| Plano, TX 75074<br>City          State     ZIP Code | | | |
| www.demarcomitchell.com<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Allen Credit and Debt Counseling Agency<br>Person Who Was Paid | Credit counseling service fee | 12/01/2023 | $25.00 |
| 800 Dakota Avenue N.<br>Number     Street | | | |
| Huron, SD 57350<br>City          State     ZIP Code | | | |
| https://www.acdcas.com<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | _____ | _____ |
| _____ Number    Street | | _____ | _____ |
| _____ | | | |
| _____ City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Hasan Randhawa and Aisha Admani Person Who Received Transfer | The Condo in Debtor's business SDTuscany, LLC was located @ 4860 Rolando Court, San Diego, CA. and received $330,000.00 for the sale of the Condo. | The Condo in Debtor's business SDTuscany, LLC @ 4860 Rolando Court, San Diego, CA. SDTuscany, LLC received $330,000.00 for the sale of the Condo. The proceeds of $197,892.48 were given to Midwest Regional Bank towards an SBA loan debt. | 5/2023 |
| 4860 Rolando Ct. #19 Number     Street | | | |
| San Diego, CA 92115 City          State    ZIP Code | | | |
| Person's relationship to you | | | |
| none | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| JPMorgan Chase, N.A.<br>Name of Financial Institution | **XXXX–** i_n_o_r | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/2023 | $0.00 |
| PO Box 78058<br>Number    Street | | | | |
| _____ | | | | |
| Phoenix, AZ 85062-8058<br>City    State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution | _____<br>Name | | ☐ No<br>☐ Yes |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City    State    ZIP Code | _____<br>City    State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name of Storage Facility | _____<br>Name | Paperwork, Sewing machine-$50., Miscellaneous household goods -$25. | ☐ No<br>☑ Yes |
| 4413 NE Loop 820<br>Number    Street | _____<br>Number    Street | | |
| North Richland Hills, TX 76180<br>City    State    ZIP Code | _____<br>City    State    ZIP Code | | |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | _____ | | _____ |
| Owner's Name | Number    Street | | |
| _____ | _____ | | |
| Number    Street | | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Terrence** | **Peter** | **Martin** |
|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

_____
**Name of site**                    **Governmental unit**

_____
**Number   Street**                 **Number   Street**

_____
                                    **City          State    ZIP Code**

_____
**City          State    ZIP Code**

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

**Case title** _____

**Court Name**

_____                ☐ Pending
**Number   Street**                 ☐ On appeal

**Case number**                     ☐ Concluded

**City          State    ZIP Code**

---

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Dalfit Alpha, LLC**<br>**Name** | Franchised Group Fitness Studio | EIN:  8 4 – 1 8 3 6 7 3 8 |
| **4576 Belfort Pl**<br>**Number   Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Dallas, TX 75205**<br>**City          State    ZIP Code** | Saville Dodgen & Company, PLLC | From  3/2019   To  7/2023 |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Dalfit Beta, LLC**
Name

**4576 Belfort Pl**
Number      Street

**Dallas, TX 75205**
City                State    ZIP Code

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |
| Franchised Group Fitness Studio | EIN: _8_ _4_ – _1_ _9_ _0_ _2_ _2_ _2_ _6_ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| Saville Dodgen and Company PLLC | From _5/13/2019_  To _5/2023_ |

---

**Dalfit Holdings Corporation**
Name

**4576 Belfort Pl**
Number      Street

**Dallas, TX 75205**
City                State    ZIP Code

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |
| Management company for the Dalfit Alpha, LLC, and Dalfit Beta, LLC | EIN: _8_ _3_ – _4_ _0_ _5_ _9_ _3_ _5_ _0_ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| Saville Dodgen and Company PLLC | From _3/19/2019_  To _____ |

---

**Dalfit Gamma. LLC**
Name

**4576 Belfort Pl**
Number      Street

**Dallas, TX 75205**
City                State    ZIP Code

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |
| Management Company for LLC's (never operated) | EIN: _8_ _4_ – _1_ _9_ _2_ _3_ _5_ _4_ _9_ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| Saville Dodgen and Company PLLC | From _3/2019_   To _____ |

---

**JDM Holdings, LLC**
Name

**4576 Belfort Pl**
Number      Street

**Dallas, TX 75205**
City                State    ZIP Code

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |
| Consulting Work | EIN: _8_ _4_ – _1_ _9_ _2_ _3_ _5_ _4_ _9_ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| Saville Dodgen and Company PLLC | From _3/2019_   To _12/2022_ |

---

**SDTuscany, LLC**
Name

**4576 Belfont Pl**
Number      Street

**Dallas, TX 75205**
City                State    ZIP Code

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |
| Holding Company for condominium in San Diego, CA | EIN: _8_ _4_ – _2_ _1_ _2_ _5_ _2_ _9_ _4_ |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| Saville Dodgen and Company, PLLC | From _5/14/2019_  To _3/2023_ |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| Debtor 1 | Terrence | Peter | Martin | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

| | Date issued |
|---|---|

_____        _____
**Name**                                              **MM / DD / YYYY**

_____
**Number    Street**

_____

_____
**City                State    ZIP Code**

---

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Terrence Peter Martin                          **X** /s/ Jinja Delight Martin
Signature of Terrence Peter Martin, Debtor 1        Signature of Jinja Delight Martin, Debtor 2

Date 12/21/2023                                                     Date 12/21/2023

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Home Mortgage**<br><br>Description of property securing debt: **Homestead**<br>**4576 Belfort Place Dallas, TX 75205** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Capital One Auto**<br><br>Description of property securing debt: **2016 Ford Escape** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **Carmax** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **2016 Honda Accord** | ☑ Retain the property and enter into a *Reaffirmation Agreement*. | |
| | | ☐ Retain the property and [explain]: | |

| Debtor 1 | **Terrence** | **Peter** | **Martin** | |
|---|---|---|---|---|
| Debtor 2 | **Jinja** | **Delight** | **Martin** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | BAHA Investment, LLC | ☑ No |
| Description of leased property: | Commercial Lease | ☐ Yes |
| Lessor's name: | Gaedeke Holdings, II, LTD | ☑ No |
| Description of leased property: | Commercial Lease | ☐ Yes |
| Lessor's name: | Eminent Funding LLC | ☑ No |
| Description of leased property: | Receivables contract | ☐ Yes |
| Lessor's name: | Ascentium Capital | ☑ No |
| Description of leased property: | Aroma therapy system | ☐ Yes |
| Lessor's name: | Ascentium Capital | ☑ No |
| Description of leased property: | Aroma Therapy System | ☐ Yes |
| Lessor's name: | PEAC formerly Marlin | ☑ No |
| Description of leased property: | equipment lease | ☐ Yes |
| Lessor's name: | Extra Space Storage | ☐ No |
| Description of leased property: | Storage lease | ☑ Yes |

## Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Terrence Peter Martin
Signature of Debtor 1

X  /s/ Jinja Delight Martin
Signature of Debtor 2

Date  12/21/2023
MM/  DD/  YYYY

Date  12/21/2023
MM/  DD/  YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Eastern District of Texas

**In re**    Martin, Terrence Peter

Martin, Jinja Delight                                    Case No. _____

**Debtor**                                               Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $3,000.00

Prior to the filing of this statement I have received ..................................................................    $3,000.00

Balance Due ...............................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/21/2023 | /s/ Michael S. Mitchell |
|---|---|
| *Date* | Michael S. Mitchell |
| | *Signature of Attorney* |

Bar Number: 00788065
DeMarco Mitchell, PLLC
500 N. Central Expressway Suite 500
Plano, TX 75074
Phone: (972) 578-1400

DeMarco Mitchell, PLLC
*Name of law firm*

Date:   12/21/2023                                   /s/ Terrence Peter Martin
**Terrence Peter Martin**

/s/ Jinja Delight Martin
**Jinja Delight Martin**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrence** | **Peter** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jinja** | **Delight** | **Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:       **Eastern District of Texas**

Case number
(if known)

Check one box only as directed in this form and in
Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption
of abuse applies will be made under *Chapter 7
Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because
of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from a business, profession, or farm | [_____] | [_____]  Copy here → |

| | | | |
|---|---|---|---|
| | | _____ | _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from rental or other real property | [_____] | [_____]  Copy here → |

| | | | |
|---|---|---|---|
| | | _____ | _____ |

| 7. | **Interest, dividends, and royalties** | _____ | _____ |
|---|---|---|---|

Debtor 1    **Terrence**  **Peter**  **Martin**
          Jinja      Delight    Martin

Debtor 2

First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

For you................................................................................ _____

For your spouse.................................................................. _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

_____    +    _____    =    _____

**Total current<br>monthly income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11...................................................................    **Copy line 11 here →**    _____

Multiply by 12 (the number of months in a year).    **x 12**

12b. The result is your annual income for this part of the form.    12b.    _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.............................................................    13.    _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1    Terrence    Peter    Martin
Debtor 2    Jinja    Delight    Martin
   First Name    Middle Name    Last Name    Case number *(if known)* _____

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Terrence Peter Martin** _____
Signature of Debtor 1

**X** **/s/ Jinja Delight Martin** _____
Signature of Debtor 2

Date  12/21/2023 _____
   MM/  DD/  YYYY

Date  12/21/2023 _____
   MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1    **Chapter 7 Statement of Your Current Monthly Income**    page **3**

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Additional Page For 122A-1

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **10.** Cont.<br>Income From Arthur James and Mary Cotten Testamentary Trust | | $495.08 |
| IRA from her Dad's estate | | $2,500.00 |

**CURRENT MONTHLY INCOME PAYSTUB DETAILS**

In re: **Martin, Terrence Peter (Debtor 1)**
**Martin, Jinja Delight (Debtor 2)**

Case Number:

Chapter: **7**

| Martin, Terrence Peter (Debtor 1) | | |
|---|---|---|

| **2023** | Year-to-date Gross Income<br>$41,600.00 | Year-to-date Net<br>$34,945.58 |
|---|---|---|
| December | Month-to-date Gross Income<br>$0.00 | Month-to-date Net<br>$0.00 |

**No Paychecks Found**

| November | November 2023 Gross Income<br>$0.00 | November 2023 Net<br>$0.00 |
|---|---|---|

**No Paychecks Found**

| October | October 2023 Gross Income<br>$5,600.00 | October 2023 Net<br>$4,716.74 |
|---|---|---|

### 10/5/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

### 10/12/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

### 10/19/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | $1,600.00 | **Other Deductions:** |
| **Total Earnings:** | **$1,600.00** | |
| Federal WH Tax | $119.62 | |
| Medicare Tax | $23.20 | |
| Social Security Tax | $99.20 | |
| **Net Earnings:** | **$1,357.98** | |

**Total for October**

| Tek systems | | | |
|---|---|---|---|
| Regular: | **$5,600.00** | **Other Deductions:** | |
| Overtime: | **$0.00** | | |
| **Total Earnings:** | **$5,600.00** | | |
| Federal WH Tax | **$454.86** | | |
| Social Security Tax | **$347.20** | | |
| Medicare Tax | **$81.20** | | |
| **Net Earnings:** | **$4,716.74** | | |

# September

| | | September 2023 Gross Income $8,000.00 | September 2023 Net $6,717.52 |
|---|---|---|---|

**9/7/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**9/14/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**9/21/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**9/28/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**Total for September**

| Tek systems | | |
|---|---|---|
| Regular: | **$8,000.00** | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$8,000.00** | |
| Federal WH Tax | **$670.48** | |
| Social Security Tax | **$496.00** | |
| Medicare Tax | **$116.00** | |
| **Net Earnings:** | **$6,717.52** | |

## August

| | August 2023 Gross Income | August 2023 Net |
|---|---|---|
| | $10,000.00 | $8,396.90 |

**8/3/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**8/10/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**8/17/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

**8/24/2023 — Tek systems**

| Regular: | **$2,000.00** | **Other Deductions:** |
|---|---|---|
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| **Net Earnings:** | **$1,679.38** | |

### 8/31/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| | | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| | | |
| **Net Earnings:** | **$1,679.38** | |

---

### Total for August

**Tek systems**

| | | |
|---|---|---|
| Regular: | **$10,000.00** | **Other Deductions:** |
| Overtime: | **$0.00** | |
| | | |
| **Total Earnings:** | **$10,000.00** | |
| | | |
| Federal WH Tax | **$838.10** | |
| Social Security Tax | **$620.00** | |
| Medicare Tax | **$145.00** | |
| | | |
| **Net Earnings:** | **$8,396.90** | |

## July

| July 2023 Gross Income | July 2023 Net |
|---|---|
| $8,000.00 | $6,717.52 |

### 7/6/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | **$2,000.00** | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| | | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| | | |
| **Net Earnings:** | **$1,679.38** | |

### 7/13/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | **$2,000.00** | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| | | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| | | |
| **Net Earnings:** | **$1,679.38** | |

### 7/20/2023 — Tek systems

| | | |
|---|---|---|
| Regular: | **$2,000.00** | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| | | |
| Federal WH Tax | **$167.62** | |
| Medicare Tax | **$29.00** | |
| Social Security Tax | **$124.00** | |
| | | |
| **Net Earnings:** | **$1,679.38** | |

**7/27/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

**Total for July**

**Tek systems**

| | | |
|---|---|---|
| Regular: | $8,000.00 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$8,000.00** | |
| Federal WH Tax | $670.48 | |
| Social Security Tax | $496.00 | |
| Medicare Tax | $116.00 | |
| **Net Earnings:** | **$6,717.52** | |

## June

| | June 2023 Gross Income | June 2023 Net |
|---|---|---|
| | $10,000.00 | $8,396.90 |

**6/1/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

**6/8/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

**6/15/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

**6/22/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

**6/29/2023 — Tek systems**

| | | |
|---|---|---|
| Regular: | $2,000.00 | **Other Deductions:** |
| **Total Earnings:** | **$2,000.00** | |
| Federal WH Tax | $167.62 | |
| Medicare Tax | $29.00 | |
| Social Security Tax | $124.00 | |
| **Net Earnings:** | **$1,679.38** | |

## Total for June

**Tek systems**

| | | |
|---|---|---|
| Regular: | $10,000.00 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$10,000.00** | |
| Federal WH Tax | $838.10 | |
| Social Security Tax | $620.00 | |
| Medicare Tax | $145.00 | |
| **Net Earnings:** | **$8,396.90** | |

## Average for All Paychecks

**Tek systems**

| | | |
|---|---|---|
| Regular: | $1,980.95 | **Other Deductions:** |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$1,980.95** | |
| Federal WH Tax | $165.33 | |
| Social Security Tax | $122.82 | |
| Medicare Tax | $28.72 | |
| **Net Earnings:** | **$1,664.08** | |

**Martin, Jinja Delight (Debtor 2)**

# 2023

| | **Year-to-date Gross Income** | **Year-to-date Net** |
|---|---|---|
| | $41,346.20 | $26,460.18 |

## December

| | **Month-to-date Gross Income** | **Month-to-date Net** |
|---|---|---|
| | $0.00 | $0.00 |

**No Paychecks Found**

## November

| | **November 2023 Gross Income** | **November 2023 Net** |
|---|---|---|
| | $16,538.48 | $9,834.89 |

### 11/10/2023 — Wells Fargo Bank, NA

| | | Other Deductions: |
|---|---|---|
| Regular: | $8,269.24 | |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | $1,241.04 | |
| Medicare Tax | $110.03 | |
| Social Security Tax | $470.47 | |
| Voluntary Retirement | $826.93 | |
| Health Insurance | $273.78 | |
| Disability Insurance | $22.40 | |
| Health Savings Account | $407.14 | |
| **Net Earnings:** | **$4,917.45** | |

### 11/24/2023 — Wells Fargo Bank, NA

| | | Other Deductions: |
|---|---|---|
| Regular: | $8,269.24 | |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | $1,241.04 | |
| Medicare Tax | $110.03 | |
| Social Security Tax | $470.48 | |
| Voluntary Retirement | $826.93 | |
| Health Insurance | $273.78 | |
| Disability Insurance | $22.40 | |
| Health Savings Account | $407.14 | |
| **Net Earnings:** | **$4,917.44** | |

### Total for November

**Wells Fargo Bank, NA**

| | | Other Deductions: |
|---|---|---|
| Regular: | $16,538.48 | |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$16,538.48** | |
| Federal WH Tax | $2,482.08 | |
| Social Security Tax | $940.95 | |
| Medicare Tax | $220.06 | |
| Voluntary Retirement | $1,653.86 | |
| Health Insurance | $547.56 | |
| Disability Insurance | $44.80 | |
| Health Savings Account | $814.28 | |
| **Net Earnings:** | **$9,834.89** | |

# October

| | | **October 2023 Gross Income** | **October 2023 Net** |
|---|---|---|---|
| | | $16,538.48 | $11,083.53 |

### 10/13/2023 — Wells Fargo Bank, NA

| | | |
|---|---|---|
| Regular: | **$8,269.24** | **Other Deductions:** |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | **$1,443.65** | |
| Medicare Tax | **$110.03** | |
| Social Security Tax | **$470.47** | |
| Health Insurance | **$273.78** | |
| Disability Insurance | **$22.40** | |
| Health Savings Account | **$407.14** | |
| **Net Earnings:** | **$5,541.77** | |

### 10/27/2023 — Wells Fargo Bank, NA

| | | |
|---|---|---|
| Regular: | **$8,269.24** | **Other Deductions:** |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | **$1,443.65** | |
| Medicare Tax | **$110.03** | |
| Social Security Tax | **$470.48** | |
| Health Insurance | **$273.78** | |
| Disability Insurance | **$22.40** | |
| Health Savings Account | **$407.14** | |
| **Net Earnings:** | **$5,541.76** | |

## Total for October

### Wells Fargo Bank, NA

| | | |
|---|---|---|
| Regular: | **$16,538.48** | **Other Deductions:** |
| Overtime: | **$0.00** | |
| **Total Earnings:** | **$16,538.48** | |
| Federal WH Tax | **$2,887.30** | |
| Social Security Tax | **$940.95** | |
| Medicare Tax | **$220.06** | |
| Health Insurance | **$547.56** | |
| Disability Insurance | **$44.80** | |
| Health Savings Account | **$814.28** | |
| **Net Earnings:** | **$11,083.53** | |

# September

| | **September 2023 Gross Income** | **September 2023 Net** |
|---|---|---|
| | $8,269.24 | $5,541.76 |

**9/29/2023 — Wells Fargo Bank, NA**

| | | |
|---|---|---|
| Regular: | $8,269.24 | <u>Other Deductions:</u> |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | $1,443.65 | |
| Medicare Tax | $110.03 | |
| Social Security Tax | $470.48 | |
| Health Insurance | $273.78 | |
| Disability Insurance | $22.40 | |
| Health Savings Account | $407.14 | |
| **Net Earnings:** | **$5,541.76** | |

**Total for September**

**Wells Fargo Bank, NA**

| | | |
|---|---|---|
| Regular: | $8,269.24 | <u>Other Deductions:</u> |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | $1,443.65 | |
| Social Security Tax | $470.48 | |
| Medicare Tax | $110.03 | |
| Health Insurance | $273.78 | |
| Disability Insurance | $22.40 | |
| Health Savings Account | $407.14 | |
| **Net Earnings:** | **$5,541.76** | |

**Average for All Paychecks**

**Wells Fargo Bank, NA**

| | | |
|---|---|---|
| Regular: | $8,269.24 | <u>Other Deductions:</u> |
| Overtime: | $0.00 | |
| **Total Earnings:** | **$8,269.24** | |
| Federal WH Tax | $1,362.61 | |
| Social Security Tax | $470.48 | |
| Medicare Tax | $110.03 | |
| Voluntary Retirement | $330.77 | |
| Health Insurance | $273.78 | |
| Disability Insurance | $22.40 | |
| Health Savings Account | $407.14 | |
| **Net Earnings:** | **$5,292.04** | |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: **Martin, Terrence Peter**
        **Martin, Jinja Delight**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____12/21/2023_____     Signature _____/s/ Terrence Peter Martin_____
                                                            Terrence Peter Martin, Debtor

Date _____12/21/2023_____     Signature _____/s/ Jinja Delight Martin_____
                                                            Jinja Delight Martin, Joint Debtor

ADP
c/o Altus Receivable Management
2121 Airline Dr. Ste. 520
Metairie, LA 70001

American Express
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Arvest
PO Box 298
Lowell, AR 72745

Ascentium Capital
Depat. 3059
PO Box 11407
Birmingham, AL 35246

Ascentium Capital
Depart. 3059
PO Box 11407
Birmingham, AL 35246

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

BAHA Investment, LLC
c/o Strategic Asset Mgmt. Group, Inc
10620 Treena St. STE. 230
San Diego, CA 92131

Barclays
PO Box 8802
Wilmington, DE 19899-8802

Benetrends, Inc
1684 S. Broad St. Ste. 130
Lansdale, PA 19446

Berkovich & Bouskila PLLC
80 Broad Street Suite 3303
New York, NY 10004

Berkovich and Bouskila
1545 Route 202
Pomona, NY 10970

BMI
10 Music Square East
Nashville, TN 37203

Can Capital Asset Servicing,
Inc
c/o Kathleen O'Connell
1850 Parkway Place SE Ste. 1150
Marietta, GA 30067

Capital One Auto
PO Box 60511
City of Industry, CA 91716

Carmax
PO Box 6045
Carol Stream, IL 60197

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Home Mortgage
700 Kansas Lane LA4-6633
Monroe, LA 71203

Citibank
Customer Service
PO Box 6500
Sioux Falls, SD 57117

Citicards/Citibank
PO Box 6004
Sioux Falls, SD 57117

Clinical Pathology Lab.
Po Box 141669
Austin, TX 78714-1669

Comptroller of Public
Accounts
PO Box 12548
Austin, TX 78711-2548

Corporation Service Company
Po Box 2576
Springfield, IL 62708-2576

Credence
1700 Dallas Pkwy. 204
Dallas, TX 75248

Dalfit Alpha, LLC
4576 Belfort Pl Ste. 150
Dallas, TX 75205

Dalfit Alpha, LLC
3232 Mckinney Ave. Ste. 150
Dallas, TX 75204

Dalfit Beta, LLC
4576 Belfort Pl
Dallas, TX 75205

Dalfit Gamma. LLC
4576 Belfort Pl
Dallas, TX 75205

Dalfit Holdings Corporation
4576 Belfort Pl
Dallas, TX 75205

David Fogel, PC
c/o David Fogel
1225 Franklin Ave Ste. 201
Garden City, NY 11530

Eminent Funding LLC
369 Lexington Avenue
New York, NY 10017

Everest Business Funding
102 W. 38th St., 6th FL
New York, NY 10018

Extra Space Storage
4413 NE Loop 820
North Richland Hills, TX 76180


Gaedeke Holdings, II, LTD
c/o McCathern Law
3710 Rawlins Street Ste. 1100
Dallas, TX 75219


Gaedeke Holdings, II, LTD
3710 Rawlins Street Ste. 1100
Dallas, TX 75219


Greg & Tina Sain
701 Kimbro
Lantanna, TX 76226


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Intuit Financing
c/o Weltman Weinberg & Reis Co., LPA
5000 Bradenton Ave. Ste. 100
Dublin, OH 43017


JDM Holdings, LLC
4576 Belfort Pl
Dallas, TX 75205

JPMorgan Chase
Mail code OH1-1272
PO Box 182223
Columbus, OH 43218


Kemp Smith LLP
6001 W. Palmer Lane Ste. 370-134
Austin, TX 78727


Legendary Vacation Club
Hotel Zone
Blvd. Kulkalcan KM 14.5
Cancun, QR77500


Linebarger, Goggan, Blair &
Sampson, LLP
2777 N Stemmons Fwy Ste 1000
Dallas, TX 75207-2328


Macy's
PO Box 790003
Saint Louis, MO 63179-0003


MidWest Regional Bank
363 Festus Centre Drive, PO Box 1269
Festus, MO 63028-7269


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Omega Optical
13515 N. Stemmons Fwy.
Dallas, TX 75234

Parkland Medical Center
Po Box 732325
Dallas, TX 75373-2325

PEAC formerly Marlin
PO Box 13604
Philadelphia, PA 19101-3604

Peac solutions
300 Fellowship Road
Mount Laurel, NJ 08054

Quest Diagnostics
PO Box 9000
South Windsor, CT 06074-9000

Recovery Solutions Group,
LLC
1008 Mattlind Way
Milford, DE 19963

Richard E. Clark
2401 Foountain View Drive #306
Houston, TX 77057

Ring Central
14675 Dallas Parkway
Dallas, TX 75254

SEC
100 F Street
Washington, DC 20549

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

The Hartford
Lockbox 0234
PO Box 7247
Philadelphia, PA 19170-0234

T-Mobile
PO Box 742596
Cincinnati, OH 45274

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76102-6600

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Small Business
Administration
1545 Hawkins Blv. Ste. 202
El Paso, TX 79925

U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231

Universal Accounting
Services, LLC
PO Box 1207
Kansas City, MO 64152


Uptown Physicians Group
2801 Lemmon Ave. Ste. 400
Dallas, TX 75204-2356


Vader Capital
PO Box227970
Miami, FL 33222


Wells Fargo
PO Box 65119
San Antonio, TX 78265


White Road Capital, LLC
27-01 Queens Plaza N.
Long Island City, NY 11101


Wick Phillips
3131 McKinney Avenue Ste. 500
Dallas, TX 75204