**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terrence | Peter | Martin |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jinja | Delight | Martin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): 23-42432

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City         State   ZIP Code | | City         State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City         State   ZIP Code | | City         State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Terrence | Peter | Martin | | Case number *(if known)* 23-42432 |
|---|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $83,200.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $41,346.20 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $103,600.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $74,603.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | Trust Income | $2,303.82 |
| | | | IRA from Dad's Estate | $15,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | Interest Income | $19.00 | Rental Income | $9,706.00 |
| | Dividend Income | $2,496.00 | IRA | $550,583.00 |
| | Capital Gain | $18,401.00 | Pension/Annuity | $11,247.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | Interest Income | $494.00 | Pension/Annuity | $100,797.00 |
| | Dividends | $2,822.00 | IRA | $100,030.00 |
| | Capital Gain | $2,071.00 | | |

Official Form 107            Statement of Financial Affairs for Individuals Filing for Bankruptcy            page 2

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Terrence | Peter | ~~Martin~~ | |
| Debtor 2 | Jinja | Delight | Martin | Case number *(if known)* 23-42432 |
| | First Name | Middle Name | Last Name | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number       Street <br><br> _____ <br> City        State   ZIP Code | _____  _____ <br><br> _____ <br><br> _____ | _____ | _____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number       Street <br><br> _____ <br> City        State   ZIP Code | _____  _____ <br><br> _____ <br><br> _____ | _____ | _____ | |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | Case number (if known) 23-42432 |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City              State    ZIP Code | | | | |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title    Gaedeke Holdings, II. LTD vs. Dalfit Alpha, LLC d/b/a "Spenga" and Jinja Martin<br><br>Case number  DC-23-09626 | Civil action regarding unpaid debt | 193rd District Court, Dallas County, Texas<br>Court Name<br>George L. Allen, Sr. Courts Building<br>600 Commerce Street 8th Floor, New Tower<br>Number    Street<br>Dallas, TX 75202<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title    Eminent Funding LLC vs Dalfit Alpha LLC, Dalfit Beta LLC, JDM Holdings, LLC, Dalfit Gamma, LLC, Dalfit Holdings Corporation, and Jinja Delight Martin<br><br>Case number  525054/2023 | Civil action regarding unpaid debt | Supreme Court of the State of New York County of Kings<br>Court Name<br>360 Adams Street #4<br>Number    Street<br>Brooklyn, NY 11201<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Official Form 107                          Statement of Financial Affairs for Individuals Filing for Bankruptcy                          page 4

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 23-42432 |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title** Can Capital Asset Servicing, Inc., as assignee of WebBank v. Dalfit Alpha LLC, a Texas limited liability company and Jinja D Martin, Indivudually <br><br> **Case number** 2023-0152479-CV | Civil action regarding unpaid debt | In the Superior Court of Cobb County <br> Court Name <br> State of Georgia <br> 70 Haynes Street <br> Number    Street <br> Marietta, GA 30090 <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case title** American Express National Bank v Jinja Martin, aka Jinja D Martin, Dalfit Alpha LLC <br><br> **Case number** JPC-23-06915-31 | Civil action regarding unpaid debt | Justice Court Precinct 3, Place 1, Dallas County, TX <br> Court Name <br> 6820 LBJ Freeway Suite 3100 <br> Number    Street <br> Dallas, TX 75230 <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Eminent Funding LLC <br> Creditor's Name <br><br> 369 Lexington Avenue <br> Number    Street <br><br><br> New York, NY 10017 <br> City        State    ZIP Code | Funds on deposit in three separate accounts held at Chase Bank <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☑ Property was attached, seized, or levied. | 11/21/2023 | ($33,210.00) |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name <br><br> Number    Street <br><br> City        State    ZIP Code | | | |

Last 4 digits of account number: XXXX–__ __ __ __

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | Case number (if known) 23-42432 |
| | First Name | Middle Name | Last Name | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number      Street | | | |
| City                     State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Number      Street | | | |
| City                     State      ZIP Code | | | |

| Debtor 1 | Terrence | Peter | Martin | | |
|---|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 23-42432 |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DeMarco Mitchell, PLLC<br>Person Who Was Paid<br><br>500 N. Central Expressway Suite 500<br>Number      Street<br><br><br>Plano, TX 75074<br>City            State      ZIP Code<br>www.demarcomitchell.com<br>Email or website address<br><br>Person Who Made the Payment, if Not You | Attorney's Fee | 12/15/2023 | $3,000.00 |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Allen Credit and Debt Counseling Agency<br>Person Who Was Paid<br><br>800 Dakota Avenue N.<br>Number      Street<br><br><br>Huron, SD 57350<br>City            State      ZIP Code<br>https://www.acdcas.com<br>Email or website address<br><br>Person Who Made the Payment, if Not You | Credit counseling service fee | 12/01/2023 | $25.00 |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number (if known) 23-42432 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Hasan Randhawa and Aisha Admani<br>Person Who Received Transfer<br><br>4860 Rolando Ct. #19<br>Number    Street<br><br>San Diego, CA 92115<br>City          State    ZIP Code<br><br>Person's relationship to you<br>none | The Condo in Debtor's business SDTuscany, LLC was located @ 4860 Rolando Court, San Diego, CA. and received $330,000.00 for the sale of the Condo. | The Condo in Debtor's business SDTuscany, LLC @ 4860 Rolando Court, San Diego, CA. SDTuscany, LLC received $330,000.00 for the sale of the Condo. The proceeds of $197,892.48 were given to Midwest Regional Bank towards an SBA loan debt. | 5/2023 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| | | |

| Debtor 1 | Terrence | Peter | Martin |
|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin |
| | First Name | Middle Name | Last Name |

Case number *(if known)* 23-42432

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| JPMorgan Chase Bank<br>Name of Financial Institution<br><br>PO Box 78058<br>Number    Street<br><br><br>Phoenix, AZ 85062-8058<br>City        State    ZIP Code | XXXX– 3  6  0  1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/14/2023 | $36,423.97<br><br>Account was established by the Debtors for their son Bret S. Martin when he was a minor.  Funds therein belong to Bret and do not constitute a portion of the Debtors' bankruptcy estate.  The account is disclosed herein only out of an abundance of caution. |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number    Street<br><br><br>City        State    ZIP Code | Name<br><br>Number    Street<br><br>City        State    ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 23-42432 |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>Name of Storage Facility | _____<br>Name | Paperwork, Sewing machine-$50.,<br>Miscellaneous household goods -$25. | ☐ No<br>☑ Yes |
| **4413 NE Loop 820**<br>Number    Street | _____<br>Number    Street | | |
| _____ | _____ | | |
| **North Richland Hills, TX 76180**<br>City          State     ZIP Code | City               State     ZIP Code | | |

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | _____<br>Number    Street | | _____ |
| _____<br>Number    Street | _____<br>City               State     ZIP Code | | |
| _____<br>City          State     ZIP Code | | | |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

Debtor 1   Terrence      Peter        Martin
Debtor 2   Jinja         Delight      Martin
           First Name    Middle Name  Last Name                         Case number *(if known)*  23-42432

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| _____ | | | ☐ On appeal |
| _____ | Number    Street | | ☐ Concluded |
| Case number | City        State    ZIP Code | | |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | Case number (if known) 23-42432 |
| | First Name | Middle Name | Last Name | |

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Name / Address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Dalfit Alpha, LLC **Name** 4576 Belfort Pl **Number   Street** Dallas, TX 75205 **City   State   ZIP Code** | Franchised Group Fitness Studio **Name of accountant or bookkeeper** Saville Dodgen & Company, PLLC | EIN: 8 4 – 1 8 3 6 7 3 8 **Dates business existed** From 3/2019   To 7/2023 |
| Dalfit Beta, LLC **Name** 4576 Belfort Pl **Number   Street** Dallas, TX 75205 **City   State   ZIP Code** | Franchised Group Fitness Studio **Name of accountant or bookkeeper** Saville Dodgen and Company PLLC | EIN: 8 4 – 1 9 0 2 2 2 6 **Dates business existed** From 5/13/2019   To 5/2023 |
| Dalfit Holdings Corporation **Name** 4576 Belfort Pl **Number   Street** Dallas, TX 75205 **City   State   ZIP Code** | Management company for the Dalfit Alpha, LLC, and Dalfit Beta, LLC **Name of accountant or bookkeeper** Saville Dodgen and Company PLLC | EIN: 8 3 – 4 0 5 9 3 5 0 **Dates business existed** From 3/19/2019   To ___ |
| Dalfit Gamma. LLC **Name** 4576 Belfort Pl **Number   Street** Dallas, TX 75205 **City   State   ZIP Code** | Management Company for LLC's (never operated) **Name of accountant or bookkeeper** Saville Dodgen and Company PLLC | EIN: 8 4 – 1 9 2 3 5 4 9 **Dates business existed** From 3/2019   To ___ |

| Debtor 1 | Terrence | Peter | Martin | |
|----------|----------|-------|--------|--|
| Debtor 2 | Jinja | Delight | Martin | |
| | First Name | Middle Name | Last Name | |

Case number (if known) 23-42432

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|--|--|--|
| **JDM Holdings, LLC**<br>Name<br><br>4576 Belfort Pl<br>Number    Street<br><br><br>Dallas, TX 75205<br>City        State    ZIP Code | Consulting Work | EIN:  8  4 – 1  9  2  3  5  4  9 |

| | Name of accountant or bookkeeper | Dates business existed |
|--|--|--|
| | Saville Dodgen and Company PLLC | From  3/2019      To  12/2022 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|--|--|--|
| **SDTuscany, LLC**<br>Name<br><br>4576 Belfont Pl<br>Number    Street<br><br><br>Dallas, TX 75205<br>City        State    ZIP Code | Holding Company for condominium in San Diego, CA | EIN:  8  4 – 2  1  2  5  2  9  4 |

| | Name of accountant or bookkeeper | Dates business existed |
|--|--|--|
| | Saville Dodgen and Company, PLLC | From  5/14/2019    To  3/2023 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|--|--|
| | |
| Name | MM / DD / YYYY |
| | |
| Number    Street | |
| | |
| City        State    ZIP Code | |

| Debtor 1 | Terrence | Peter | Martin | |
|---|---|---|---|---|
| Debtor 2 | Jinja | Delight | Martin | Case number *(if known)* 23-42432 |
| | First Name | Middle Name | Last Name | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____

Signature of Terrence Peter Martin, Debtor 1          Signature of Jinja Delight Martin, Debtor 2

Date __1-17-2024__          Date __1/17/2024__

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**DeMarco·Mitchell, PLLC**
**500 N. Central Expressway, Suite 500**
**Plano, TX 75074**
**Telephone:   972-578-1400**
**Facsimile:   972-346-6791**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** | |
| **Terrence Peter Martin** | **Case No.   23-42432-R** |
| xxx-xx-7585 | |
| **4576 Belfort Place** | |
| **Dallas, TX 75205** | |
| | |
| **Jinja Delight Martin** | **Chapter 7** |
| xxx-xx-0628 | |
| **4576 Belfort Place** | |
| **Dallas, TX 75205** | |
| | |
| **Debtors** | |

### CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the attached amended Statement of Financial Affairs were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 18th day of January, 2024.

/s/ Michael S. Mitchell

_____
Michael S. Mitchell, Texas Bar No. 00788065
DeMarco·Mitchell, PLLC
500 N. Central Expressway, Suite 500
Plano, TX 75074
Telephone:   (972) 578-1400
Facsimile:   (972) 346-6791
E-mail:   mike@demarcomitchell.com
Counsel for Debtors

### DEBTORS

Terrence & Jinja Martin
4576 Belfort Place
Dallas, TX 75205

## CASE TRUSTEES

United States Trustee
C/O Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
marc.f.salitore@usdoj.gov

Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N. Central Expy, Suite 106
Dallas, TX 75231-2203
mweisbart@haywardfirm.com

## ADDTIIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

Capital One Auto Finance, a division of Capital
One, N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Dallas County
C/O Sherrel K. Knighton
Linebarger, Goggan Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
Sherrel.Knighton@lgbs.com